UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
KE'AIRAH PARKER,

                        Plaintiff,

-against-

THE UTICA CENTER FOR DEVELOPMENT, INC., and
VINCENT SCALISE, *individually,*

                        Defendants.
-------------------------------------------------------------------------X

Case No. 5:21-cv-00770 (FJS/TWD)

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties and their respective counsels, that whereas no party hereto is an infant or incompetent, the above-captioned action be, and the same hereby is, voluntarily dismissed in its entirety with prejudice, including the temporary restraining order, without costs, attorneys' fees, expenses or disbursements to any party as against another, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated:  New York, New York
          June 15, 2022

PHILLIPS & ASSOCIATES, PLLC
*Attorneys for Plaintiff*

By: _____
    Stefanie Shmil
    Steven Fingerhut
    45 Broadway, Suite 430
    New York, New York 10006
    Tel: (212) 248-7431
    E-mail: sshmil@tpglaws.com
    E-mail: sfingerhut@tpglaws.com

Dated: Albany, New York
          June 15, 2022

JACKSON LEWIS, P.C.
*Attorneys for Defendants*

By: _____
    Kristi Rich Winters
    677 Broadway, 9th Floor
    Albany, New York 12207
    Tel: (518) 512-8727
    E-mail: Kristi.winters@jacksonlewis.com

IT IS SO ORDERED:

_____
David N. Hurd
U.S. District Judge

Dated: 6-21-2022